IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NICHOLAS A. TURNER                                                                                          PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:04CV968 WS

PURSUE ENERGY CORPORATION                                          DEFENDANT

**AGREED JUDGMENT OF DISMISSAL**

THIS DAY THIS CAUSE came on to be heard on motion *ore tenus* of the parties to dismiss all of the claims in this suit against the Defendant, with prejudice, and having announced to the Court that they have reached an accord and satisfaction of all claims between them, and the Court, having heard and considered said motion, is of the opinion that said motion is well taken and should be and is hereby sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims in this suit of the Plaintiff against the Defendant are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this, the 17th day of March, 2006.

                             s/ HENRY T. WINGATE

                             CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

/s/ H. Curtis Crowley (MSB #____)
Attorney for Plaintiff

/s/ Edward J. Currie, Jr. (MSB #5546)
Attorney for the Defendant